# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Whiskey River on Vintage, Inc., et al.

                                               **CIVIL NUMBER: 4:20-cv-00185-JAJ-HCA**

                Plaintiff(s),

v.                                      **JUDGMENT IN A CIVIL CASE**

llinois Casualty Company

                Defendant(s),

     **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**:

Defendant's Motion for Judgment on the Pleadings is granted. Judgment is entered in favor of defendant/counter claimant against plaintiff/counter defendant.

     **IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that Governor Kim Reynolds's March 17, 2020 proclamation restricting in-person dining at bars and restaurants did not cause "direct physical loss of or damage" to Plaintiffs' insured properties within the meaning of the insurance policy issued to Plaintiffs by Defendant Illinois Casualty Company. Defendant is not required to pay for Plaintiffs' alleged losses because Plaintiffs' claims do not fall within the policy's coverage or are otherwise excluded.

Date: December 2, 2020

                                                      CLERK, U.S. DISTRICT COURT

                                                      *Kellie Watson*

                                                      By: Deputy Clerk